**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., | No. CV 10–6396 PA (FFMx) |
| Petitioner, | JUDGMENT |
| v. | |
| DIRT CHEAP PRODUCTIONS, INC.; and DIRT MERCHANT FILM PRODUCTIONS, LP., | |
| Respondents. | |

In accordance with the Court's October 4, 2010 order granting petitioner Screen Actors Guild, Inc.'s ("Petitioner") petition to confirm an arbitration award,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Arbitration Award issued by arbitrator Sara Adler in Case No. 2002-0327 on August 28, 2006, is confirmed in all respects;

2. Petitioner shall recover from respondents Dirt Cheap Productions, Inc. and Dirt Merchant Film Productions, LP (collectively "Respondents") the amount of $125,000.00 representing the arbitration award;

3. Petitioner shall recover $300.00 in arbitrator's fees;

4. Petitioner shall recover from Respondents its attorneys' fees in the amount of $1,200.00;

5.  Petitioner shall recover its costs in the amount of $350.00.

The Clerk is ordered to enter this Judgment.

DATED: October 4, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE